# Order

Michigan Supreme Court
Lansing, Michigan

October 19, 2020

162137(3)

EARL F. TRUSS, JR.,
        Plaintiff,

v

                SC: 162137
                AGC: 20-0233

ATTORNEY GRIEVANCE COMMISSION,
        Defendant.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

On order of the Chief Justice, the motion to waive fees is considered and it is DENIED because MCL 600.2963 requires that a prisoner pursuing a civil action be liable for filing fees.

Plaintiff is not required to pay an initial partial fee. However, for the appeal to continue, within 21 days of the date of this order, plaintiff shall submit a copy of this order and refile the copy of the pleadings returned with this order as acknowledgement of his responsibility to pay the $375.00 fee under MCL 600.244(1)(b) and the $25.00 fee under MCL 600.1986(1)(a). Failure to do so shall result in the appeal being administratively dismissed.

If plaintiff timely files the partial fee and refiles the pleadings, monthly payments shall be made to the Department of Corrections in an amount of 50 percent of the deposits made to plaintiff's account until the payments equal the balance due of $400.00. That amount shall then be remitted to this Court.

Pursuant to MCL 600.2963(8) plaintiff shall not file further appeals in civil actions in this Court until the entry fee in this case is paid in full.

The Clerk of the Court shall furnish two copies of this order to plaintiff and return plaintiff's pleadings with this order.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2020             

                              Clerk